**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jessica Holladay and Nathan Rogers, Defendants,

of whom Nathan Rogers is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2022-001661

———————

Appeal From Georgetown County
Ronald R. Norton, Family Court Judge

———————

Unpublished Opinion No. 2023-UP-123
Submitted March 16, 2023 – Filed March 21, 2023

———————

**AFFIRMED**

———————

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Lucas Marion Oates, of South Carolina Department of
Social Services, of Georgetown, for Respondent.

Joe Michael Crosby, of Crosby Law Firm, LLC, of Georgetown, for the Guardian ad Litem.

————————

**PER CURIAM:** Nathan Rogers appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Rogers's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

————————

[1] We decide this case without argument pursuant to Rule 215, SCACR.